

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. PD-1613-07

ROBERT WALKER FISCHER, Appellant

v.

THE STATE OF TEXAS

ON DISCRETIONARY REVIEW OF
CASE 04-05-00834-CR OF THE FOURTH COURT OF APPEALS,
BEXAR COUNTY

*WOMACK, J., filed a concurring opinion, in which MEYERS, J., joined.*

It seems to me that evidence of the appellant's access to the murder weapon was a relevant fact of this offense, and that analyzing it as evidence of an "extraneous offense" is unnecessary. The Court disagrees; see *ante* at 7 n. 7. Therefore I concur only in its judgment.

Filed October 29, 2008.
Publish.